UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 1 5 2017
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JUAN ANTONIO HERNANDEZ,<br><br>Defendant. | Magistrate Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br>Title 21, U.S.C., Secs. 841(a)(1) and 846<br>- Conspiracy to Distribute Methamphetamine;<br><br>'17MJ3383 |

The undersigned complainant being duly sworn states:

### Count One

Beginning on a date unknown and continuing up to and including July 2017, within the Southern District of California, defendant JUAN ANTONIO HERNANDEZ, did knowingly and intentionally conspire with other persons known and unknown, to distribute 500 grams and more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

This complaint is based on the facts in the attached probable cause statement, which is incorporated herein by reference.

_____
Keith A. Banks
HSI Special Agent

Sworn to before me and subscribed in my presence, this 15 day of September, 2017.

_____
Honorable William V. Gallo
United States Magistrate Judge

1

## PROBABLE CAUSE STATEMENT

I am a special agent with Homeland Security Investigations (HSI) and have been so employed since August 2016. Prior to becoming an HSI Special Agent, I was employed as a Customs and Border Protection Officer from March of 2012 to August of 2016. I am currently assigned to the HSI Contraband Smuggling Team in San Diego, California. My duties include the investigation and apprehension of individuals involved in narcotics crimes, including drug importation and distribution. I have received formal training in narcotics investigations. I have participated in multiple separate investigations involving the importation and distribution of controlled substances.

On July 13, 2017, law enforcement officers observed a silver 2007 Jeep Grand Cherokee, driven by Michael Shrove, cross into the United States at the San Ysidro Port of Entry at approximately 4:53 a.m. Agents suspected that Shrove was transporting narcotics in his vehicle and followed the Jeep from San Diego, California to a parking lot associated with a Home Depot located at 16005 Sierra Lakes Parkway, Fontana, California. There, law enforcement observed Shrove exit the Jeep and meet with JUAN ANTONIO HERNANDEZ. HERNANDEZ and Shrove spoke for a short time and then HERNANDEZ entered the vehicle and drove away from the parking lot, leaving Shrove there. Agents followed HERNANDEZ in the Jeep and observed him engaging in counter-surveillance behavior (including making unusual turns and taking a circuitous route) before following him to a residence located at 6259 Cooper Avenue, Fontana, California.

HERNANDEZ then left the residence approximately thirty minutes later in the Jeep and law enforcement begin to follow the vehicle. Agents observed that the Jeep had a non-functioning third brake light in violation of California Vehicle Code Section 24252. Agents conducted a traffic stop on the vehicle at approximately 9:15 a.m., and encountered HERNANDEZ as the driver of the vehicle. HERNANDEZ gave consent to search his vehicle and during the search, officers located approximately forty-thousand dollars of U.S. currency in a vacuum sealed bag that was located in a compartment under the rear seat of the vehicle. During a post-Miranda interview, HERNANDEZ admitted to receiving the Jeep in the Home

Deport parking lot. HERNANDEZ stated that the Jeep was loaded with narcotics and that he had taken the narcotics back to his residence to be unloaded. HERNANDEZ stated that he then placed the forty-thousand dollars in U.S. currency in the vehicle and was headed back to the parking lot to return the cash-laden vehicle to Shrove to return to Mexico. HERNANDEZ also stated that Shrove had delivered multiple previous narcotics loads to him from San Diego.

At approximately 11:30 a.m., law enforcement sought and obtained a state search warrant for the residence located at 6259 Cooper Avenue, Fontana, California. During the search of HERNANDEZ's residence, agents seized a blue tub that contained approximately 43 packages of a white-crystalline like substance, weighing approximately 43 pounds. Agents also seized an additional 9 packages of a white crystalline-like substance inside a silver pot at the residence. Agents field-tested the packages and confirmed that substance was methamphetamine. In total, agents seized approximately 52 pounds of methamphetamine from HERNANDEZ's residence. Agents also seized pay and owe sheets from the residence and approximately 3,000 in U.S. currency. In addition, agents recovered a vacuum packaging machine and vacuum sealing bags which were similar to the bags recovered from the Jeep.

Based on my training and experience, along with the information described above, I believe that HERNANDEZ was involved in a conspiracy to distribute methamphetamine.