DONOVAN J. DUNNION
Attorney at Law
State Bar No. 70713
600 W. Broadway, Suite 1550
San Diego, CA 92101

(619) 231-8688

Attorney for Defendant:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 17mj3383 |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| vs. ) | |
| JUAN ANTONIO HERNANDEZ ) | |
| Defendant. ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Donovan J. Dunnion, the undersigned attorney, enter my appearance as counsel in the above-captioned case. I certify that I am admitted to practice in this court. I should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filling relating to activity in this case to:

<u>Email</u>

<u>dunnionlawoffice@yahoo.com</u>

Dated: September 25, 2017                    Respectfully Submitted,


                                             <u>/s/ Donovan J. Dunnion</u>
                                             DONOVAN J. DUNNION
                                             Attorney for Defendant

Notice of Appearance - 1

## CERTFICATE OF SERVICE

I hereby certify that on Thursday, September 25, 2017, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to the following:

Matthew James Sutton
Assitant U.S. Attorney
U S Attorneys Office Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-8266
Email: matthew.sutton@usdoj.gov

    /s/ Donovan J. Dunnion
DONOVAN J. DUNNION
Attorney for Defendant