NOT FOR PUBLIC VIEW

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

17 OCT -3 AM 8:19

UNITED STATES OF AMERICA

V.

JUAN ANTONIO HERNANDEZ

**WARRANT FOR ARREST**

Case Number: '17MJ3383

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN ANTONIO HERNANDEZ
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Distribute Methamphetamine

DATE: 9/27/17
ARRESTED BY: HSI - SO

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

in violation of Title  21  United States Code, Section(s) 841(a)(1); 846

Hon. William V. Gallo
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

9/15/17                San Diego, California
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |